IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | **05CR 10149 PBS** |
| | CRIMINAL ACTION |
| v. | Count One: |
| JULIO CESAR ZAPATA-ANDUJAR a/k/a Luis German | 8 U.S.C. § 1326(a) (Illegal Re-entry of Deported Alien) |

### INDICTMENT

**COUNT ONE**: 8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about May 20, 2005, at Boston, in the District of Massachusetts,

**JULIO CESAR ZAPATA-ANDUJAR a/k/a
Luis German**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, after a conviction for an aggravated felony, to wit, Possession of a Class B Substance, to wit, Cocaine, with Intent to Distribute, in violation of M.G.L. c. 94C, §32A, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a)(1) and (b)(2) and Title 6, United States Code, Sections 202(3) and (4) and Section 557.

```
```
A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
NADINE PELLEGRINI
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS          June 15, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk
2:40pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10149 PBS**

**Criminal Case Cover Sheet**                                 **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston            **Category No.** III        **Investigating Agency** ICE

**City** Boston            **Related Case Information:**

**County** Suffolk         Superseding Ind./ Inf. _____   Case No. _____
                           Same Defendant _____   New Defendant _____
                           Magistrate Judge Case Number _____
                           Search Warrant Case Number _____
                           R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Julio Cesar ZAPATA-ANDUJAR            Juvenile   ☐ Yes   [c] No

Alias Name   Luis German

Address   _____

Birth date (Year only): 1962   SSN (last 4 #): _____   Sex M   Race: H   Nationality: DR

**Defense Counsel if known:** _____            **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Nadine Pellegrini            **Bar Number if applicable** _____

**Interpreter:** [x] Yes ☐ No            List language and/or dialect: Spanish

**Matter to be SEALED:** ☐ Yes [x] No

[x] Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   [x] Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   [x] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/15/05           **Signature of AUSA:** /s/ Nadine Pellegrini

05cr10149PBS

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Julio Cesar ZAPATA-ANDUJAR

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. 1326(a) | Illegal re-entry by deported alien | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**