AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JULIO CESAR ZAPATA-ANDUJAR a/k/a Luis German

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10149 PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JULIO CESAR ZAPATA-ANDUJAR a/k/a Luis German
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Unlawful reentry after deportation

in violation of Title   8   United States Code, Section(s)   1326(a)

Catherine M. Gaulik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

Catherine M. Gaulik
Signature of Issuing Officer

6-15-05 Boston
Date and Location

Bail fixed at $ _____   by _____
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at WARRANT EXECUTED BY INS BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/16/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.