UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA                CRIMINAL NO. 05-10149-PBS

v.

JULIO CESAR ZAPATA-ANDUJAR

**JOINT MOTION ON EXCLUDABLE TIME**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and Elliot Weinstein, Esq., counsel for the Defendant, hereby move this court to exclude the following periods of time:

(1) 6/16/05 up to and including 6/23/05 (initial appearance to date of detention)

(2) 6/23/05 up to and including 7/25/05 (automatic discovery)

(3) 8/9/05 (initial status conference)

(4) 8/9/05 up to and including 9/22/05 (initial status to final status conference date)

(5) 9/22/05 up to and including 10/7/05 (date Defendant's Motions are due)

The parties state the time is excludable pursuant to 18 U.S.C. §3161(h)(1)(F) and 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

| | |
|---|---|
| For the Defendant: | MICHAEL J. SULLIVAN |
| JULIO CESAR ZAPATA-ANDUJAR | United States Attorney |
| | |
| /s/Elliot Weinstein, Esq. | By: /s/Nadine Pellegrini |
| ELLIOT WEINSTEIN, ESQ. | NADINE PELLEGRINI |
| COUNSEL FOR DEFENDANT | Assistant U.S. Attorney |