UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA           CRIMINAL NO. 05-10149-PBS

v.

JULIO CESAR ZAPATA-ANDUJAR

REPORT ON
FINAL STATUS CONFERENCE


    On 09/22/05, a Final Status Conference was held in the above-captioned matter.  With regard to the following issues, the parties represent that:

1.  There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The government does not expect to provide additional discovery with the exception of a fingerprint expert if the matter proceeds to trial.

3.  The defendant does not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi and the defendant has not responded that he will raise an alibi defense.

5. The court has provided 10/7/05 as the date by which the Defendant's motions are to be filed and 10/21/05 as the date by which the government's Responses are to be filed.

6. There is no other matter which requires a schedule be set in the case.

7. The parties have discussed the possibility of an early resolution of the case without trial.  The parties have not, at this time, resolved this case.

8. There are periods of excludable delay under the Speedy Trial Act.

    (a) Total amount of time excludable under the Speedy Trial Act:

        6/16/05 to 6/23/05 (initial appearance to date of detention)
        6/23/05 to 7/25/05 (automatic discovery)
        8/9/05 (initial status conference)
        8/9/05 to 9/22/05 (initial status to final status conference date)
        9/22/05 until 10/7/05 (motions date)

    (b) Amount of time remaining under the Speedy Trial Act before trial must commence:

        56 days

9. Should this case proceed to trial, the government anticipates that its case-in-chief will take approximately 3 days.

By the government:                                   By the Defendant:


/s/Nadine Pellegrini                                 /s/Elliot Weinstein
Nadine Pellegrini, AUSA                              Elliot Weinstein, Esq.


Dated: 9/23/05