UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

          CRIMINAL ACTION
          NO.   05-10149-PBS

v.

JULIO CESAR ZAPATA-ANDUJAR

### NOTICE OF MOTION HEARING / PRETRIAL CONFERENCE

SARIS, U.S.D.J.          September 30, 2005

    TAKE NOTICE that the above-entitled case has been set for a Motion Hearing / Pretrial Conference on **November 8, 2005**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

          By the Court,

          _/s/ Robert C. Alba_
          Deputy Clerk

Copies to:  All Counsel