UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                      CRIMINAL ACTION
                      NO.   05-10149-PBS

    v.

JULIO CESAR ZAPATA-ANDUJAR

**NOTICE OF RESCHEDULED MOTION HEARING / PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                              September 30, 2005

      At the request of counsel, the Motion Hearing / Pretrial Conference previously scheduled for November 8, 2005, has been **rescheduled** to **November 21, 2005, at 4:00 p.m.**

                                                                         By the Court,

                                                                  /s/ Robert C. Alba
                                                                 Deputy Clerk

Copies to:  All Counsel

resched.ntc